# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

STATE OF NEBRASKA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 02-175L

(Filed: August 23, 2006)

**O R D E R**

Plaintiff's motion, filed August 14, 2006, to change attorney of record and designate Jeffery T. Schroeder, Assistant Attorney General for the State of Nebraska, as attorney of record is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims