# In the United States Court of Federal Claims

| | | |
|---|---|---|
| STATE OF NEBRASKA, | * | |
| Plaintiff, | * | |
| v. | * | No. 02-175L |
| THE UNITED STATES OF AMERICA, | * | (Filed: September 7, 2006) |
| Defendant. | * | |

## ORDER

A status conference by telephone was held in the above-captioned case on September 6, 2006.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, October 18, 2006, at 2:30 p.m. ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims