# In the United States Court of Federal Claims

| | |
|---|---|
| STATE OF NEBRASKA, Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | No. 02-175L (Filed: October 19, 2006) |

## O R D E R

A status conference by telephone was held in the above-captioned case on October 18, 2006.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, December 13, 2006, at 2:30 p.m. ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims