# In the United States Court of Federal Claims

| | |
|---|---|
| STATE OF NEBRASKA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-175L<br><br>(Filed: April 26, 2007) |

**O R D E R**

A status conference by telephone was held in the above-captioned case on April 25, 2007.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, June 27, 2007, at 3:00 p.m. ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims