# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
STATE OF NEBRASKA, *
Plaintiff, *
v. * No. 02-175L
THE UNITED STATES OF AMERICA, * (Filed: July 5, 2007)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A status conference by telephone was held in the above-captioned case on June 27, 2007.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, September 5, 2007, at 3:00 p.m. ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims