# In the United States Court of Federal Claims

| | |
|---|---|
| STATE OF NEBRASKA,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 02-175L<br>(Filed: September 6, 2007) |

## O R D E R

A status conference by telephone was held in the above-captioned case on September 5, 2007.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, December 12, 2007, at 3:00 p.m. ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims