# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| * | |
| STATE OF NEBRASKA, * | |
| * | |
| Plaintiff, * | |
| * | |
| v. * | No. 02-175L |
| * | |
| THE UNITED STATES OF AMERICA, * | (Filed: November 21, 2007) |
| * | |
| Defendant. * | |
| * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

## **ORDER**

The status conference set for December 12, 2007, is rescheduled to Wednesday, December 19, 2007, at 3:00 p.m. ET in the above-entitled case. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims