# In the United States Court of Federal Claims

| | |
|---|---|
| STATE OF NEBRASKA, | |
| Plaintiff, | |
| v. | No. 02-175L |
| THE UNITED STATES OF AMERICA, | (Filed: December 19, 2007) |
| Defendant. | |

## ORDER

A status conference by telephone was held in the above-captioned case on December 19, 2007.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, March 19, 2008, at 3:00 p.m. ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims