# In the United States Court of Federal Claims

| | | |
|---|---|---|
| STATE OF NEBRASKA, Plaintiff, | | |
| v. | | No. 02-175L |
| THE UNITED STATES OF AMERICA, Defendant. | | (Filed: March 19, 2008) |

## O R D E R

A status conference by telephone was held in the above-captioned case on March 19, 2008.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, June 25, 2008, at 2:30 p.m. ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims