# In the United States Court of Federal Claims

| | |
|---|---|
| STATE OF NEBRASKA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-175L<br><br>(Filed: September 4, 2008) |

## **O R D E R**

A status conference by telephone was held in the above-captioned case on September 3, 2008.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, February 25, 2009, at 2:30 p.m. ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims